IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TAMMY M. ROONEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant, | ) Civil Action No. 2:24-CV-01692-CBB<br>)<br>)<br>)<br>) United States Magistrate Judge<br>) Christopher B. Brown<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 29th day of December, 2025, for the reasons explained in the Memorandum Opinion filed on this date, IT IS ORDERED that the motion for summary judgment filed by Plaintiff (ECF No. 11) is DENIED, and the decision of the Commissioner of Social Security denying Plaintiff's claim for benefits is AFFIRMED.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/Christopher B. Brown
　　　　　　　　　　　　　　United States Magistrate Judge